

**Entered on Docket
August 06, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

1
2
3
4
5
6
7
8
9  Kristin A. Schuler-Hintz, Esq., SBN 7171
   Seth J. Adams, Esq., SBN 11034
10 Christopher K. Lezak, Esq., SBN 11185
   Sherry A. Moore, Esq., SBN 11215
11 McCarthy & Holthus, LLP
   9510 West Sahara Avenue, Suite 110
12 Las Vegas, NV 89117
   Phone (702) 685-0329
13 Fax (866) 339-5691
14 NVBK@McCarthyHolthus.com

15 Attorney for Secured Creditor,
   HSBC Bank USA, National Association, as Trustee for NAAC 2006-AR3, its assignees and/or
16 successors and the servicing agent AMERICAS SERVICING COMPANY

17

18                    UNITED STATES BANKRUPTCY COURT
19                           DISTRICT OF NEVADA
20

| | |
|---|---|
| In re: | ) Case No.: 10-19946-mkn |
| | ) |
| Diana Cristine Drobney, | ) Chapter 7 |
| Eric Thomas Drobney, | ) |
| | ) DATE: 07/28/10 |
| Debtors. | ) TIME: 10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

_Rev. 12.09_                                                   M&H File No. NV-10-30145
                                                                         10-19946-mkn

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1069 Cryer Court, Unit 3, Henderson, NV 89015.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

_Order Filed 06/23/10-no response received_
Christopher Patrick Burke, Esq.
702 Plumas Street
Reno, NV 89509
(775)333-9277

Approved/Disapproved

_Order Filed 06/23/10-no response received_
Yvette Weinstein
6450 Spring Mountain Road #14
Las Vegas, NV 89146

1  ALTERNATIVE METHOD re; RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3
4  ☐ The court has waived the requirement of approval under LR 9021.

5  X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
   delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6  unrepresented parties who appeared at the hearing, and each has approved or disapproved the
   order, or failed to respond, as indicated below [list each party and whether the party has
7  approved, disapproved, or failed to respond to the document]:

8
   ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9  to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
   hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10 [list each party and whether the party has approved, disapproved, or failed to respond to the
11 document]:

12     ☐  I certify that I have served a copy of this order with the motion, and no parties
13 appeared or filed written objections.

14     Counsel appearing: Christopher Patrick Burke-Order Filed 06/23/10-no response received

15     Unrepresented parties appearing: None

16
       Trustee: Yvette Weinstein- Order Filed 06/23/10-no response received
17

18 Submitted by:
   McCarthy & Holthus, LLP
19
   /s/ Christopher K. Lezak.
20 Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                                            ###
28

29

*Rev. 12.09*                                          M&H File No. NV-10-30145
                                                              10-19946-mkn